RALPH J. MARRA, JR.
Acting States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Hon. Katharine S. Hayden |
| Plaintiff, | CR NO. 00-369 |
| v. | |
| **MOHAMMAD GHAZIASKAR,** | **APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |
| Defendant, | |
| and | |
| **FAIRFIELD INN CHAMBERS** and its successors or assigns, | |
| Garnishee. | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Mohammad Ghaziaskar, social security number *******6365, whose last known address is: Fayetteville, PA 17222 in the above cited action in the amount of $154,658.94, plus interest at the rate of 2.21% per annum and penalties.

The total balance due and owing as of May 13, 2009 is $173,778.81.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from May 13, 2009, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Mohammad Ghaziaskar, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (15%) of the disposable earnings of defendant, Mohammad Ghaziaskar, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

> Fairfield Inn Chambers
> 1122 Wayne Avenue
> Chambersburg, PA 17201
> Attn: Human Resources

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

RALPH J. MARRA, JR.
Acting States Attorney

By: LEAH A. BYNON
Assistant U.S. Attorney

IT IS, on this _____ day of _____ 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT COURT